# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0051. INESA HOLMES v. VADEN NISSAN SAVANNAH.

Inesa Holmes filed suit against defendant Vaden Nissan Savannah. The trial court subsequently granted the defendant's motion to stay the proceedings and compel arbitration. Holmes then filed an application for discretionary review in this Court. We, however, lack jurisdiction.

An order compelling arbitration and staying court proceedings is not a final judgment within the meaning of OCGA § 5-6-34 (a) (1). Instead, it is a non-final ruling subject to the interlocutory appeal procedures of OCGA § 5-6-34 (b). See *Austin Regional Home Care v. Careminders Home Care*, 344 Ga. App. 608, 608-609 (810 SE2d 676) (2018). Thus, Holmes was required to follow the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to seek review. See id.; OCGA § 5-6-34 (b). Her failure to do so deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/02/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*